# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL CLOUD | § § § § § § § | |
| v. | | CIVIL ACTION NO. 3:20-CV-1277-S |
| THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN | | |

## ORDER

This Order addresses Defendant's Motion for Protective Order Precluding Depositions of the Disability Initial Claims Committee Members [ECF No. 30]. Having reviewed and considered the Motion, Plaintiff's Response [ECF No. 34], Defendant's Reply [ECF No. 35], and the documents filed in support thereof, the Court **DENIES** the Motion. Defendant shall produce Chris Smith and Patrick Reynolds for depositions to be conducted in person or by videoconference, at the discretion of Plaintiff's counsel, on or before **August 9, 2021**. All relief not expressly granted herein is denied.

**SO ORDERED.**

SIGNED July 22, 2021.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**