# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL CLOUD | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-1277-S |
| | § | |
| THE BERT BELL/PETE ROZELLE | § | |
| NFL PLAYER RETIREMENT PLAN | § | |

### ORDER

This Order addresses Plaintiff's Opposed Motion for Leave to File First Amended Complaint and Brief in Support ("Motion") [ECF No. 55]. Having reviewed and considered the Motion, Defendant's Opposition to Plaintiff's Motion for Leave to File First Amended Complaint [ECF No. 61], Plaintiff's Reply in Support of Opposed Motion for Leave to File First Amended Complaint and Brief in Support [ECF No. 65], and the pertinent pleadings and filings in this case, the Court **GRANTS** the Motion.

Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be freely given "when justice so requires," and the Fifth Circuit has dictated a strong policy favoring amendment of pleadings. *See Great Plains Tr. Co. v. Morgan Stanley Dean Witter & Co.*, 313 F.3d 305, 329 (5th Cir. 2002); *see also Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 598 (5th Cir. 1981) ("The policy of the federal rules is to permit liberal amendment to facilitate determination of claims on the merits.").

The Clerk is instructed to receive and file the First Amended Complaint in the form as received with the Motion. *See* Mot. Ex. A.

**SO ORDERED.**

SIGNED September 26, 2021.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE